IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID ALEXANDER,

    Petitioner,

v.                                        Case No. 4:21-cv-301-AW-MAF

STATE OF FLORIDA,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner David Alexander filed this § 2254 case, seeking relief from his state-court conviction and sentence. The magistrate judge issued a report and recommendation concluding the § 2254 petition should be denied. ECF No. 12. There has been no objection. Having carefully considered the matter, I now order the following:

The report and recommendation (ECF No. 12) is adopted and incorporated into this order. The clerk will enter a judgment that says, "The § 2254 petition is denied." A certificate of appealability is denied. The clerk will close the file.

SO ORDERED on January 3, 2023.

                                              s/ *Allen Winsor*
                                              United States District Judge